rari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Frederic B. Scott* for petitioner. *Mr. Isidor Kalisch* for respondents.

---

No. 719. MAMMOTH OIL COMPANY ET AL. *v.* UNITED STATES. January 3, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. George P. Hoover, John W. Lacey, Martin W. Littleton, Paul D. Cravath, J. W. Zevely, Edward H. Chandler,* and *G. T. Stanford* for petitioners. *Messrs. Atlee Pomerene* and *Owen J. Roberts* for the United States.

---

No. 744. HENRY WILSON, F. A. WILSON, W. T. WILSON, ET AL. *v.* PACIFIC MAIL STEAMSHIP COMPANY ET AL. January 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Louis T. Hengstler* for petitioner. *Messrs. Edward J. McCutchen, Warren Olney, Jr.,* and *Farnum P. Griffith* for respondents.

---

No. 747. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY *v.* TOWN OF MORRISTOWN, HENRY LADEN, ET AL. January 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. John W. Davis, Maximilian M. Stallman,* and *J. L. Seager* for petitioner. *Mr. Robert H. McCarter* for respondents.

---

No. 752. UNITED STATES *v.* JAMES M. LEE, ALIAS JAMES M. LEACH. January 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt,* for the United States. No appearance for respondent.